*No Longer Incomprehensible*
*It's how comprehensible.*

*...ove the Judge but not for this case.*

# AMICUS CURIAE SUPPLEMENT

FILED BY _____ D.C.

DEC 16 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## REGARDING MANDATORY JUDICIAL DISQUALIFICATION

## UNDER 28 U.S.C. § 455

(Filed for Notice Purposes Only — No Relief Requested)

---

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

ALFRED LENORIS DAVIS,

Defendant.

Case No. 25-cr-80076-AMC

---

# AMICUS CURIAE NOTICE REGARDING 28 U.S.C. § 455

Amicus Curiae respectfully submits this limited supplement solely to call the Court's attention to mandatory judicial disqualification obligations imposed by 28 U.S.C. § 455, which are self-executing, non-waivable, and independent of any party motion.

Amicus does not seek relief, does not move the Court, and does not request any ruling. This filing is submitted for notice purposes only.

# I. GOVERNING LAW (NOTICE ONLY)

Under 28 U.S.C. § 455(a) and § 455(b)(4), a federal judge must disqualify herself where:

- Her impartiality might reasonably be questioned; or
- She has any financial interest, however small, in a party or in the subject matter in controversy.

The Supreme Court has held that this duty:

- Is self-executing
- Does not require a motion
- Applies regardless of intent or actual bias

Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 859–60 (1988).

Once grounds for disqualification exist, the judge:

"Shall proceed no further."

Berger v. United States, 255 U.S. 22, 36 (1921).

# II. BASIS FOR NOTICE (NOTICE ONLY — NO ALLEGATION OF MISCONDUCT)

Publicly available judicial financial disclosure reports and the nature of the evidentiary record in this case reflect that:

1. Large national financial institutions are materially connected to the subject matter and evidentiary framework of this prosecution, including PPP-related lending and bank-originated records; and
2. Reasonable, informed observers could question impartiality where a presiding judge holds or has held financial interests in institutions materially connected to the proceeding.

Amicus submits this notice without alleging misconduct, without asserting bias, and without disputing the merits, solely to ensure compliance with mandatory federal law governing judicial disqualification.

# III. STRUCTURAL CHARACTER OF § 455 COMPLIANCE (NOTICE ONLY)

A violation of § 455 implicates structural concerns affecting judicial integrity. The Supreme Court has held:

- Structural errors defy harmless-error analysis
- They require corrective measures to preserve judicial integrity
- They implicate proceedings even without proof of actual bias

Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 862–64 (1988).

Once a judge is disqualified:

"The judge shall proceed no further."

Berger v. United States, 255 U.S. 22, 36 (1921).

Amicus provides this discussion only as a statement of governing law, not as a request for any action.

# IV. EXHIBIT INDEX AND REQUEST FOR JUDICIAL NOTICE (Fed. R. Evid. 201)

(Existence Only — Not Offered for Disputed Truth)

For notice purposes only, Amicus identifies the same exhibit references below as public records and case materials offered solely to establish existence, not the truth of any disputed matter:

ExHIBIT A

Judicial Financial Disclosure Reports of the Honorable Aileen M. Cannon

(Public filings required by federal law)

ExHIBIT B

Discovery materials bearing Bank of America production identifiers, Bates codes, or metadata produced in this case

ExHIBIT C

PPP program documentation demonstrating private-lender origination and bank-produced records relied upon by the prosecution

These materials are cited to show that:

- Large national banks are materially connected to the subject matter;
- A reasonable observer could question impartiality; and

- § 455(b)(4) is implicated where a judge holds financial interests connected to that subject matter.

## V. NO DISCRETION — NO WAIVER (NOTICE ONLY)

- § 455 is self-executing
- Parties cannot waive § 455(b)(4)
- The judge's subjective belief in impartiality is irrelevant
- Doubts must be resolved in favor of recusal

Liljeberg, Tumey, Caperton.

## VI. NOTICE OF DISCLOSED FINANCIAL INTERESTS AND ASSERTED CONNECTIONS (AS STATED IN EXHIBITS)

Amicus provides the following notice statements as asserted in the referenced exhibits and as reflected in the publicly available disclosure materials cited, maintaining the exhibit numbers exactly as provided:

FEDERAL JUDGE AILEEN CANNON GOT $2,869,000.00 with newly found info. In Conflicts with Bank of America the Private Lender for the SBA PPP loans, Exh. 0. listed in the First Response to The STANDING DISCOVERY ORDER, Exh. 1. pgs.1-6 and U.S. Bank is in an ecosystem, together to Privately Fund PPP and SBA loans, Exh. 2. from 2021 until 2024 that we found in the Financial Disclosure Report verified from uscourts.gov, Exh. 3. We have six Federal Judges and four State Judges, Exh. 4, 1-10. That was on our Cases who were Disqualified and Recused for the same reason as OUR GREAT JUDGE has now

Now to prove Judge Aileen Cannon Conflicts as proven in her 2024 Financial Disclosure Report she turns in yearly, she has a Conflict of interest with U.S. Bank through Ishares Tr S&P 500 index fund in the amount of $252,500, Exh. 5. pg. 1. line 5. which is partnered with BlackRock, Exh. 6 which is U.S. Bancorp, Exh. 7. and U.S. Bancorp is U.S. Bank, Exh. 8.

She has a Conflict of Interest with Ishares Tr S&P 500 index fund in the amount of $51,000, Exh. 5. pg. 1. line 6. which is Partnered with BlackRock, Exh. 6. which is U.S. Bancorp, Exh. 7. and U.S. Bancorp is U.S. Bank, Exh 8.

She has a Conflict of Interest with Ishares Tr S&P Midcap 400 Index Fund in the amount of $16,000, Exh. 5. pg. 1. Line 7. which is partnered with BlackRock Exh. 6. which is U.S. Bancorp, Exh. 7. and U.S. Bancorp is U.S. Bank, Exh. 8.

She has a Conflict of Interest with Ishares Tr S&P Midcap 400 Index Fund in the amount of $16,000, Exh. 5. pg. 1. Line 8. Which is partnered with BlackRock, Exh. 6. which is U.S. Bancorp Exh. 7. And U.S. Bancorp is U.S. Bank, Exh. 8.

She has a Conflict of Interest with Ishares Tr S&P SmallCap 600 in the amount of $16,000, Exh. 5. pg. 1. Line 9. which is partnered with BlackRock, Exh. 6. which is U.S. Bancorp, Exh. 7. And U.S. Bancorp is U.S. Bank, Exh. 8.

She has a Conflict of Interest with Ishares Tr S&P SmallCap 600 in the amount of $16,000, Exh. 5. pg. 1. Line 10. which is partnered with BlackRock, Exh. 6. which is U.S. Bancorp, Exh. 7. And U.S. Bancorp is U.S. Bank, Exh. 8.

She has a Conflict of Interest with Ishares Tr S&P 500 Index Fund in the amount of $51,000, Exh. 5. pg. 1. line 11. which is partnered with BlackRock, Exh. 6. which is U.S. Bancorp, Exh. 7. and U.S. Bancorp is U.S. Bank, Exh. 8.

She has a Conflict of Interest with Ishares Tr S&P Midcap 400 Index Fund in the amount of $16,000, Exh. 5. pg. 1. line 12. which is partnered with BlackRock, Exh. 6. which is U.S. Bancorp, Exh. 7. and U.S. Bancorp is U.S. Bank, Exh. 8.

She has a Conflict of Interest with Ishares Tr S&P Smallcap 600 in the amount of $16,000, Exh. 5. pg. 1. line 13. which is partnered with BlackRock, Exh. 6. which is U.S. Bancorp, Exh. 7. and U.S. Bancorp is U.S. Bank, Exh. 2.....................8.

She has a Conflict of Interest with Utah 529 Cash Equivalent Account in the amount of $16,000, Exh. 5. pg. 1. Line 16. which is Vanguard, Exh. 9. and Vanguard is U.S. Bancorp, Exh. 16. and U.S. Bancorp is U.S. Bank, Exh. 12. pg. 15.

She has a Conflict of Interest with Schwab Cash/Cash Equivalent in the amount of $16,000, Exh. 309. pg. 1. line 17. which is business Partners with J.P. Morgan, one of the Private Lenders for the PPP, SBA, Loans, Exh. 10. which is U.S. Bancorp, Exh. 11. and U.S. Bancorp is U.S. Bank, Exh. 12. pg. 15.

She has a Conflict of interest with Charles Schwab in the amount of $16,000, Exh. 5. pg. 2. line 18. and line 19. each, which is business Partners with J.P. Morgan, Exh. 10. which is U.S. Bank.

Also, on her 2024 Financial Disclosure Report she has a listed Checking and Savings Accounts with Bank of America which is U.S. Bank, Exh. 5. pg. 1. Lines 1. and 2. BANK OF AMERICA WHICH SHE HAS CHECKING AND SAVINGS BANK ACCOUNTS BOTH TOTALING THE AMOUNT OF $67,000, Exh. 5. pg. 1. Lines 1. and 2., AND BANK OF AMERICA IS U.S. BANK BECAUSE THEY ARE BOTH BUSINESS WITH ALLY FINANCIAL, Exh. 12. Pg.1. and Exh. 12. pg 2.

She made a total of $581,000 for the year 2024.

In 2023 on her Financial Disclosure Report signed by Judge Aileen Cannon she has Conflicts of interest with U.S. Bank total in the amount of $468,000, beginning with Ishares and related holdings identified in Exh. 13 (including amounts and line references as stated therein), and further including Utah 529 and Schwab cash-equivalent holdings as stated in Exh. 13, with additional cross-references to Exh. 12, Exh. 10, Exh. 9, and Exh. 11 as provided.

All totaling $468,000 for the year 2023; and $481,000 in 2022, Exh. 311. pg. 1.; and she made $1,338,000 in 2021, Exh. 310. pg. 1.

Altogether from 2021–2024 she made a total of $2,869,000.00. So, she is Disqualified for CONFLICTS OF INTEREST.

(These statements are presented here as notice allegations and exhibit-based assertions only, and not as a request for any relief.)

## VII. LIMITATION OF FILING (NO RELIEF REQUESTED)

This filing is submitted:

- For notice purposes only
- To preserve judicial integrity
- To assist the Court in satisfying its independent statutory duty

Amicus expressly disclaims any request for relief, stay, vacatur, reassignment, or any ruling.

## SWORN OATH (AMICUS CURIAE)

I Attest, Declare and Swear to all these facts as being true and correct to the best of my knowledge in accordance with 28 U.S.C. § 1746 and Florida Statute Chapter 92.525, executed this 14th day of December, 2025.

Executed on: December 14th 2025 AS AMICUS CURIAE

Minister Doctorate Maurice Symonette

President of Boss Group Ministries Inc.

Amicus Curiae Friend of the Court and

Private Attorney General

15020 S. River Dr. Miami, FL 33167


Declarant]

2:22



*Exh. O*

☰ ChatGPT 5.2 ›

source in these documents.

# Plain-English conclusion (picture-based only)

**The PPP loan shown in the discovery was funded by Bank of America, N.A., a private commercial bank, using its own capital, with an SBA guarantee.**

If you want, I can now:

- Draft a **court-ready paragraph** stating this precisely

- Tie this to **"no federal property / no § 641 jurisdiction"**

Exh. 1 pg. 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 25-CR-80076-AMC

UNITED STATES,

v.

**ELAINE ESCOE,**
**ALFRED DAVIS,**
**GINO JOURDAN,**
**CHER DAVIS,**
**LATOYA CLARK, and**
**JAMES McGHOW,**

      **Defendants.**

_____/

## GOVERNMENT'S FIRST RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order.  The documents included in this response are numbered USG_00000001 through USG_00247774; LEND_FATLIN00000001 through LEND_FATLIN00000024; LEND_YPCC00000001 through LEND_YPCC00000145; and BOA-02051-295-DOJ-0000001 through BOA-02051-295-DOJ-0000323.  This production was mailed by FedEx on June 13, 2025.  The tracking numbers are attached.

This response also complies with Southern District of Florida Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

    A.    1.    The discovery includes relevant written or recorded statements made by the defendant that are within the government's possession, custody, or control.

            2.    The government is unaware of any relevant oral statements made by the

1

2:20        .ıl   5G 🔋

Exh. 1 pg. 2

≡   ChatGPT 5.2 ⌄     ✍   ⚲₊   • • •

In the **Government's First Response to the Standing Discovery Order** (Document 42), the production identifiers listed include:

• **BOA-02051-295-DOJ-0000001** through BOA-02051-295-DOJ-0000323

The **"BOA" prefix is the standard internal production code used by Bank of America** in DOJ and SBA PPP discovery productions. This is how DOJ identifies lender-originated PPP loan files.

That means:

• The PPP loan documents in discovery **came from Bank of America**

• Bank of America was the **originating private lender**

• The funds were **not issued by the SBA directly**

2:19                                           5G

Exh. 1 pg 3.

≡   ChatGPT                    ✎  ⚲+  •••



WHAT "U.S. BANK FUNDED
PPP" MEANS (AND DOES NOT
MEAN)

• What is true

• U.S. Bank National Association was
  an SBA-approved PPP lender

• Originated PPP loans using its own
  capital

What private bank funded
the PPP Using the pictures

Based **only on what is visible in the
pictures you provided**, the private
bank shown as funding / originating the
PPP loans is:

☑ **Bank of America, N.A.**

**How this is proven from the
images**                    ↓

   ☍ Ask anything   

Exh. 1 | pg. 4.

**SWORN OATH**

I MICAHIEL NICHLOSON am a Witness that We checked the whole Docket And found the proof that SBA was financed by Bank of America N.A. A Private Bank According To us watching Chat GPT Search The whole Docket And found the Governments Response to the Standing Discovery And the numbers The first, second, third And fourth Paragraph Say that that's Bank Of America.

**SWORN OATH**

I Attest, Declare and Swear to all facts being true and correct to the best of my knowledge in accordance with 28 U.S.C. §1746 and Florida Statute Chapter 92.525. executed this 14th day of _December  25_

MICAHIEL NICHLOSON
15020 S. RIVER DR.
MIAMI FL. 33167

Exh| 1. pg. 5.

**SWORN OATH**

I JAMES BUCKMAN am a Witness that We checked the whole Docket And found the proof that SBA was financed by Bank of America N.A. A Private Bank According To us watching Chat GPT Search The whole Docket And found the Governments Response to the Standing Discovery And the numbers The first, second, third And fourth Paragraph Say that that's Bank Of America.

**SWORN OATH**

I Attest, Declare and Swear to all facts being true and correct to the best of my knowledge in accordance with 28 U.S.C. §1746 and Florida Statute Chapter 92.525, executed this 14 day of _December 25_

JAMES BUCKMAN
15020 S. RIVER DR.
MIAMI FL. 33167

Exh.1 | pg. 6

**SWORN OATH**

I MAURICE SYMONETTE am a Witness that We checked the whole Docket And found the proof that SBA was financed by Bank of America N.A. A Private Bank According To us watching Chat GPT Search The whole Docket And found the Governments Response to the Standing Discovery And the numbers The first, second, third And fourth Paragraph Say that that's Bank Of America.

**SWORN OATH**

I Attest, Declare and Swear to all facts being true and correct to the best of my knowledge in accordance with 28 U.S.C. §1746 and Florida Statute Chapter 92.525, executed this _14_ day of _December 25_

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

2:22

Exh. 1 pg. 7

≡ ChatGPT

source in these documents.

# Plain-English conclusion (picture-based only)

The PPP loan shown in the discovery was funded by Bank of America, N.A., a private commercial bank, using its own capital, with an SBA guarantee.

If you want, I can now:

- Draft a **court-ready paragraph** stating this precisely

- Tie this to **"no federal property / no § 641 jurisdiction"**

3:09  5G

Exh. 2

ChatGPT

"Bank of America, U.S. Bank N.A., and Ally Bank operate within a shared federal lending and financial ecosystem, including SBA-guaranteed programs and PPP-related lending, and routinely participate in overlapping markets, financial instruments, and regulatory frameworks. The presiding judge's financial interests in these institutions, individually and collectively, create an appearance of partiality requiring disqualification under 28 U.S.C. § 455(a), and may constitute a disqualifying financial interest under § 455(b)(4)."



Federal Judge Jaqueline Becerra's Financial Disclosure Report can be found at Exh. 252 document downloaded from https://pub.jefs.uscourts.gov

---

UNITED STATES
COURTS

### Federal Judicial Financial Disclosure Reports

New Search | Search Tips | Request Additional Reports | Exit Database

🔍  becerra

⬛ Download Selected   4

| Year | Report Type | Court Name | Position | | Sort By |
|---|---|---|---|---|---|
| | | | | | Relevance |
| | | | | | ⬛ Best Matches First |

Check the box to the left for each financial disclosure report you wish to download. Refine your search to narrow by categories or adjust your keywords for search. Multiple options in each category may be selected.

Becerra, Jacqueline
District Judge
U.S. District Court - Florida Southern
☑ Annual, 2024   ☐ Annual, 2023   ☐ Annual, 2022   ☑ Annual, 2021

---



This site is maintained by the Administrative Office of the US Courts on behalf of the Federal Judiciary. The purpose of this site is to provide access to financial disclosure reports.

**Administrative Office of the United States Courts**
Financial Disclosure Staff, Room G-330
One Columbus Circle, N.E.
Washington, DC 20544-0001
CourantsFinancialDisclosure@ao.uscourts.gov

For issues with the website, users can email JEFS-Webmaster@ao.uscourts.gov
Do not include or send documents with Personally Identifiable Information (PII) to the JEFS-Webmaster email address.

Exh. 4, pg. 1.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-cr-20456-JB

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ALFRED DAVIS,

     Defendant.

_____/

### ORDER OF RECUSAL

The undersigned judge, to whom the above styled cause was assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2025.

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Exh. 4. pg. 2

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge  RUDOLFO A. RUIZ** .

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

24-CR-20456-RUIZ

**BY ORDER** of the Court this ___**11th**___ day of July, 2025.

ANGELA E. NOBLE
Clerk of Court

By:

*m.nicado*

copies provided to:
counsel of record
Clerk of Court

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23015-RAR

Exh. 4 pg. 3

~~Exh. 4 pg. 1~~

MACK WELLS, *et al.*,

    Plaintiffs,

v.

U.S. BANK N.A., *et al.*,

    Defendants.

                             /

### ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers

this matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in Miami, Florida, this 13th day of August, 2024.

RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

Exh. 4 pg. 4

~~Exh. 4 pg. 2~~

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge Kathleen M. Williams

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing.

All documents for filing in this case shall carry the following case number and designation:

24-cv-23015-Williams/Goodman

**BY ORDER** of the Court this 15th day of August, 2024.

ANGELA E. NOBLE
Clerk of Court

By:

*Valerie Kemp*

copies provided to:
counsel of record
Clerk of Court

Exh. 4 pg. 5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 24-cv-23015-DPG

MACK WELLS, *et al.*,

      Plaintiffs,

v.

U.S. BANK N.A., *et al.*,

      Defendants.

_____/

## ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 13th day of August, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Exh. 4 pg. 6

~~Exh. 78 pg. 1~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-80521-REINHART

ALFRED DAVIS,

      Plaintiff,

v.

MARKENZY LAPOINTE, et al.,

      Defendants.

_____/

## NOTICE OF RECUSAL

    The undersigned Magistrate Judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

    Signed in Chambers at West Palm Beach, Florida, on April 29, 2025.

_____
BRUCE E. REINHART
United States Magistrate Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge _William Matthewman_.

Exh. 4 pg. 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-23015-CV-WILLIAMS

MACK WELLS, *et al.*,

    Plaintiffs,

v.

U.S. BANK N.A., *et al.*,

    Defendants.

    _____/

## ORDER RECUSING JUDGE AND REASSIGNING CASE

    The undersigned District Judge, to whom the above-styled case has been assigned, recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this 23rd day of August, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

    In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** Sheri Chappell.

    All documents for filing in this case shall carry the following case number and designation: 24-23015-CV-Chappell.

    By Order of Court this 23 day of September, 2024.

ANGELA E. NOBLE
Court Administrator/Clerk of Court

By:    *Valerie Kemp*
       Deputy Clerk

Exh. 4 pg. 8

Copies of this Notice shall be served on all pending parties of record by United States Mail. All documents for filing this case shall carry the following case number and designation:    9:25-cv-80521-WM

By order of the Court this ___30th___ day of _April_____ 2025.

ANGELA NOBLE
Clerk of Court

*John M. DiLullo*

By: Deputy Clerk

2

Filing # 142403620 E-Filed 01/21/2022 11:32:41 AM

Exh. 4 pg. 9.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

**MAURICE SYMONETTE**

Plaintiff(s)

vs.

**U.S. BANK NATIONAL ASSOCIATION (TR) et al**

Defendant(s)

_____/

<u>**ORDER OF RECUSAL**</u>

**THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case
2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

Filing # 172928996 E-Filed 05/11/2023 11:02:02 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Exh. 4 pg. 10.

CASE NO. 2010-061928-CA-01
SECTION: CA05
JUDGE: Vivianne Del Rio

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____/

## ORDER OF RECUSAL

Docket Index Number  _____
Or
Efiling Number: _____  Date Filed: **05/11/2023**
Full Name of Motion: **Order of Recusal**

    **THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby,

    **ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

Filing # 71607941 E-Filed 05/03/2018 09:08:23 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 2007-012402-CA-01
SECTION: CA 06

| Exh. 4 pg. 11 |

Jpmorgan Chase Bank (na)
        Plaintiff,

vs.

Marin, Kurt
        Defendant.
_____/

### ORDER OF RECUSAL

The undersigned circuit court judge hereby recuses herself *sua sponte* from further consideration of this cause.  The cause shall be reassigned to another division of the circuit court in accordance with established procedures.

        **DONE AND ORDERED** in chambers, at Miami-Dade County, Florida, this 3rd day of May, 2018.

                                                            2402-CA-01

        CIRCUIT COURT JUDGE

Electronic Service List:
Andrew P Marcus <Andrew.Marcus@Gray-Robinson.com>, <lori.politis@gray-robinson.com>
Barry Fishman <masterefilings@logs.com>, <courtxpress@firmsolutions.us>
Nashid Sabir <nashidlaw@bellsouth.net>

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 7   **2024**

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Cannon, Aileen M. |  Exh-5 Pg.1 | 08/11/2025 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 1. | Cash -- Checking Account (Bank of America) | A | Interest | K | T | | | | |
| 2. | Cash -- Savings Account (Bank of America) | A | Interest | J | T | | | | |
| 3. | Cash - Checking Account (Old Glory Bank) | | None | K | T | | | | |
| 4. | Cash - Savings Account (Old Glory Bank) | B | Interest | M | T | | | | |
| 5. | Ishares Tr S&P 500 Index Fund | B | Dividend | M | T | | | | |
| 6. | Ishares Tr S&P 500 Index Fund | A | Dividend | K | T | | | | |
| 7. | Ishares Tr S&P Midcap 400 Index Fund | A | Dividend | J | T | | | | |
| 8. | Ishares Tr S&P Midcap 400 Index Fund | A | Dividend | J | T | | | | |
| 9. | Ishares Tr S&P Smallcap 600 | A | Dividend | J | T | | | | |
| 10. | Ishares Tr S&P Smallcap 600 | A | Dividend | J | T | | | | |
| 11. | Ishares Tr S&P 500 Index Fund | A | Dividend | K | T | | | | |
| 12. | Ishares Tr S&P Midcap 400 Index Fund | A | Dividend | J | T | | | | |
| 13. | Ishares Tr S&P Smallcap 600 | A | Dividend | J | T | | | | |
| 14. | Florida Prepaid Savings Plan 4-Year Tuition | | None | K | T | | | | |
| 15. | Florida Prepaid Savings Plan 4-Year Tuition | | None | K | T | | | | |
| 16. | Utah 529 Cash Equivalent Account (see Part VIII) | A | Dividend | J | T | | | | |
| 17. | Schwab Cash / Cash Equivalent | A | Interest | J | T | | | | |

1. Income Gain Codes:     A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
     (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
     (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
     (See Column C2)    U =Book Value    V =Other    W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| Page 5 of 7     **2024** | Cannon, Aileen M. | Exh. 5 pg. 2 | 08/11/2025 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B.  Income during reporting period | | C.  Gross value at end of reporting period | | D.  Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 18. | Schwab Cash / Cash Equivalent �altered | A | Interest | J | T | | | | |
| 19. | Schwab Cash / Cash Equivalent ▬▬▬ | A | Interest | J | T | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D3) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes: (See Columns C1 and D3) | F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000 | J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000 | N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000 | P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal R =Cost (Real Estate Only) | S =Assessment T =Cash Market | U =Book Value V =Other W =Estimated | | | |

AI Mode   **All**   News   **Videos**   Images   Short v

Exh. L. pg. 16.



Exh. 6

**Ishare Russel is BlackRock**

 **AI Overview**     +3     ⋮

While US Bank provides a range of services to Exchange Traded Funds (ETFs), it is **not** the manager of the iShares Russell 1000 Value ETF (IWD). 🔗

- **Manager:** The iShares Russell 1000 Value ETF (IWD) is managed by **BlackRock Fund Advisors**.

- **Custodian & Administrator:** While some iShares ETFs use Citibank as their administrator, custodian, and transfer agent, <u>according to Reuters</u>, BlackRock (the parent company of iShares) has diversified its custody arrangements across several institutions, including Citibank, JPMorgan, BNY Mellon and State Street. 🔗



*Exh - 7*

**BlackRock is U.S. Bancorp**

According to filings with the Securities and Exchange Commission (SEC), BlackRock holds stakes in a number of US banks, including:

- **U.S. Bancorp (USB):** BlackRock holds 100.48 million shares, representing 6.6% of the company.

- **Bank of America Corporation (BAC):** BlackRock owns 494.52 million shares, representing 6.2% of the company. It's the third largest shareholder of Bank of America, after Vanguard and Berkshire Hathaway.

- **Wells Fargo & Company (WFC):** BlackRock holds approximately 150.2 million shares, accounting for 4.6% of Wells Fargo's ownership, making it the third largest institutional shareholder after Vanguard and Fidelity.



Exh. L. pg. 15.

Exh. 8

# U.S. Bancorp

**U.S. Bancorp** (stylized as **us bancorp**) is an American multinational financial services firm headquartered in Minneapolis, Minnesota and incorporated in Delaware. It is the 5th-largest bank in the United States as of 2025. As the largest bank in the Midwestern United States, it is considered systemically important by the Financial Stability Board. It is the parent company of its primary operating entity, **U.S. Bank National Association**, which does business as **U.S. Bank** (stylized as **us bank**). The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions.

The firm's early history can be traced to 1891, operating under the second-oldest banking charter granted in 1863 following the passage of the National Bank Act. Since inception dozens of regional mergers and acquisitions throughout the Upper Midwest and Western United States led to the creation of modern U.S. Bancorp. As a diversified holding company, U.S. Bancorp has acquired multiple subsidiaries since the late 2010s. Its retail credit card offerings are provided via the Visa network in the U.S. and abroad.

U.S. Bancorp's annual revenue levels have it ranked on the Fortune 500, with its public stock trading within both the S&P 500 and S&P 100 indexes.[4][5] It was included in the 2024 Forbes Global 2000 for its sales, profitability, asset base, and market value, among other financial institutions.[6] U.S. Bancorp sponsors a variety of cultural events, transportation hubs, and sporting venues, including U.S. Bank Stadium. U.S. Bank is one of the largest asset custodians in the country with $6.7 trillion under administration, including, as of 2021, digital assets.[7]

## U.S. Bancorp





U.S. Bancorp's headquarters in Minneapolis

| | |
|---|---|
| **Trade name** | U.S. Bank |
| **Company type** | Public |
| **Traded as** | NYSE: USB (https://www.nyse.com/quote/XNYS:USB)<br>S&P 100 component<br>S&P 500 component |
| **ISIN** | US9029733048 (https://isin.toolforge.org/?language=en&isin=US9029733048) |



9:09 ⏰ 🔋 83%

× ∨   google.com   ⤴ ⋮

# Google

🔍 charles schwab business pa   ×   🎤

AI Mode   **All**   Images   News   Videos   Short vi

✦ **AI Overview**                    +9   ⋮

Charles Schwab partners include investment firms like Goldman Sachs Asset Management and J.P. Morgan Asset Management, technology and data providers such as Broadridge and MSCI, and financial services firms like Paychex for HR solutions. Additionally, they partner with various non-profit organizations for their community impact programs and utilize a



Show more ∨

**Charles Schwab**
https://advisorservices.schwab.com

## Provider Listings – Schwab Advisor Services

Find your firm's next provider. To help you find the right solutions for your firm, use the filters below to select the kind of tool or service you need.

⋮

|||   ◯   ‹



1:02

Google

Q  us bank has stock with m...

*Exh. 11*

AI Mode    **All**    News    Videos    Short videos    Im

◆ AI Overview                          +4    ⋮

Yes, U.S. Bancorp (USB) is a company whose
stock Morgan Stanley follows and has made
recommendations on, including recent
downgrades and upgrades. Morgan Stanley, a
financial services firm, does not "own" U.S. Bank
in the traditional sense but rather provides
analysis and ratings on the publicly traded stock
of U.S. Bancorp, the parent company of U.S.
Bank.

## What the relationship means:

- **Analyst Coverage:** Morgan Stanley analysts
  cover U.S. Bancorp (the parent company of
  U.S. Bank) and provide investment
  recommendations and price targets for its
  stock.

- **Investment Banking Services:** U.S. Bancorp
  has presented at Morgan Stanley
  conferences, indicating a professional
  relationship where Morgan Stanley offers
  financial advice and investment banking



Home    Search    Notifications    You

# U.S. Bank is Ally Bank

Exh. 12 Pg. 1



**Twin Cities Business**
https://tcbmag.com

## U.S. Bank To Acquire Biz From Ally Bank

Apr 24, 2014 — Minneapolis-based US Bank announced Monday that it has agreed to purchase Ally Bank's document custodian business for an undisclosed sum.



**Ally**
https://www.ally.com

## History of Ally

In 2010, we rebranded as Ally Financial and transformed our auto finance business into Ally Auto — a premier independent finance provider offering dealers of ...



**Ally**
https://media.ally.com

## Ally Financial rolls out proprietary AI platform enterprise-wide - Jul 23, 2025

Jul 23, 2025 — Ally Financial Inc. (NYSE: ALLY) is a financial services company with the nation's largest all-digital bank and an industry-leading auto ...

## People also search for



# Bank of America is Ally Bank



Exh-12 pg.2

 MarketBeat
https://www.marketbeat.com

## Ally Financial Inc. Grows Holdings in Bank of America Corporation $BAC

3 days ago — Bank of America makes up about 0.7% of Ally Financial Inc's holdings, making the stock its 29th largest position. Ally Financial Inc's ...

 Wikipedia
https://en.wikipedia.org

## Ally Financial

Ally Financial Inc. (known as GMAC until 2010) is an American bank holding company incorporated in Delaware and headquartered at Ally Detroit Center in...

History      1919–1990      1991–2009      2010–2019

 Ally
https://www.ally.com

## Ally: Banking, Investing & Auto Finance

Manage your money with Ally: online banking, auto financing, and investments. Financial products designed to help you pursue your goals.

Contact Us      Auto      Savings Account      Ally Ban


Home


Search

Notifications


Activity

# FINANCIAL DISCLOSURE REPORT
Page 4 of 7      **2023**

| Name of Person Reporting  | Date of Report |
|---|---|
| Cannon, Aileen M. | 08/09/2024 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
|---|---|---|---|---|---|---|---|---|
| 1. Rental Property (Grosse Pointe Woods, MI) | A | Rent | | | Sold | 6/29/23 | M | F |
| 2. Cash -- Checking Account (Bank of America) | A | Interest | L | T | | | | |
| 3. Cash -- Savings Account (Bank of America) | A | Interest | J | T | | | | |
| 4. Ishares Tr S&P 500 Index Fund ▌ | B | Dividend | L | T | | | | |
| 5. Ishares Tr S&P 500 Index Fund ▌ | A | Dividend | K | T | | | | |
| 6. Ishares Tr S&P Midcap 400 Index Fund ▌ | A | Dividend | K | T | | | | |
| 7. Ishares Tr S&P Midcap 400 Index Fund ▌ | A | Dividend | J | T | | | | |
| 8. Ishares Tr S&P Smallcap 600 ▌ | A | Dividend | J | T | | | | |
| 9. Ishares Tr S&P Smallcap 600 ▌ | A | Dividend | J | T | | | | |
| 10. Florida Prepaid College Savings Plan 4-Year Tuition (see Part VIII) | | None | K | T | | | | |
| 11. Florida Prepaid College Savings Plan 4-Year Tuition (see Part VIII) | | None | K | T | | | | |
| 12. Charles Schwab FDIC Insured Cash Equivalent ▌ | A | Interest | J | T | | | | |
| 13. Charles Schwab FDIC Insured Cash Equivalent ▌ | A | Interest | J | T | | | | |
| 14. Utah 529 Target Date Fund (2030/2031) | B | Dividend | J | T | | | | |
| 15. Utah 529 Cash Equivalent (see Part VIII) | A | Interest | J | T | | | | |
| 16. Utah 529 Target Date Fund (2032/2033) | B | Dividend | J | T | | | | |
| 17. Utah 529 Cash Equivalent (see Part VIII) | A | Interest | J | T | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 7
## 2022

| Name of Person Reporting | Date of Report |
|---|---|
| Cannon, Aileen M. | 05/26/2023 |

*Exh. 14 pg 1.*

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) |
|---|---|---|---|---|---|---|---|---|
| 1. Rental Property (Grosse Pointe Woods, MI) (Purchase 2018 $131,000) | E | Rent | M | W | | | | |
| 2. Cash -- Checking Account (Bank of America) | A | Interest | L | T | | | | |
| 3. Cash -- Savings Account (Bank of America) | A | Interest | J | T | | | | |
| 4. Ishares Tr S&P 500 Index Fund | B | Dividend | L | T | | | | |
| 5. Ishares Tr S&P 500 Index Fund | A | Dividend | K | T | | | | |
| 6. Ishares Tr S&P Midcap 400 Index Fund | A | Dividend | J | T | | | | |
| 7. Ishares Tr S&P Midcap 400 Index Fund | A | Dividend | J | T | | | | |
| 8. Ishares Tr S&P Smallcap 600 | A | Dividend | J | T | | | | |
| 9. Ishares Tr S&P Smallcap 600 | A | Dividend | J | T | | | | |
| 10. Ishares Tr S&P 500 Index Fund | A | Dividend | K | T | | | | |
| 11. Ishares Tr S&P Midcap 400 Index Fund | A | Dividend | J | T | | | | |
| 12. Ishares Tr S&P Smallcap 600 | A | Dividend | J | T | | | | |
| 13. Florida Prepaid Savings Plan 4-Year Tuition | | None | K | T | | | | |
| 14. Florida Prepaid Savings Plan 4-Year Tuition | | None | K | T | | | | |
| 15. Utah 529 Cash Equivalent Account (see Part VIII) | A | Dividend | J | T | | | | |
| 16. TD Ameritrade FDIC Insured Cash Equivalent Account | A | Dividend | J | T | | | | |
| 17. TD Ameritrade FDIC Insured Cash Equivalent Account | A | Dividend | J | T | | | | |

1 Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 4 of 7    **2021**

| Name of Person Reporting | *Exh. 15 Pg. 1* | Date of Report |
|---|---|---|
| Cannon, Aileen M. ▓▓▓▓▓ | | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
|---|---|---|---|---|---|---|---|---|
| 1. Rental Property (Grosse Pointe Woods, MI) (Purchase 2018 $131,000) | E | Rent | M | W | | | | |
| 2. Cash -- Checking Account (Bank of America) | A | Interest | L | T | | | | |
| 3. Cash -- Savings Account (Bank of America) | A | Interest | J | T | | | | |
| 4. Ishares Tr S&P 500 Index Fund | D | Dividend | L | T | Buy | 07/22/21 | L | |
| 5. Ishares Tr S&P 500 Index Fund | B | Dividend | K | T | Buy | 07/14/21 | K | |
| 6. Ishares Tr S&P Midcap 400 Index Fund | B | Dividend | K | T | Buy | 07/22/21 | J | |
| 7. Ishares Tr S&P Midcap 400 Index Fund | A | Dividend | J | T | Buy | 07/14/21 | J | |
| 8. Ishares Tr S&P Smallcap 600 | A | Dividend | J | T | Buy | 07/22/21 | J | |
| 9. Ishares Tr S&P Smallcap 600 | A | Dividend | J | T | Buy | 07/14/21 | J | |
| 10. Ishares Tr S&P 500 Index Fund | B | Dividend | K | T | Buy | 07/14/21 | K | |
| 11. Ishares Tr S&P Midcap 400 Index Fund | A | Dividend | J | T | Buy | 07/14/21 | J | |
| 12. Ishares Tr S&P Smallcap 600 | A | Dividend | J | T | Buy | 07/14/21 | J | |
| 13. Florida Prepaid Savings Plan 4-Year Tuition | | None | K | T | | | | |
| 14. Florida Prepaid Savings Plan 4-Year Tuition | | None | K | T | | | | |
| 15. Utah 529 Cash Equivalent Account (see Part VIII) | A | Dividend | J | T | | | | |
| 16. TD Ameritrade FDIC Insured Cash Equivalent Account | A | Dividend | J | T | | | | |
| 17. TD Ameritrade FDIC Insured Cash Equivalent Account | | None | J | T | | | | |

1 Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated



Exh. 16

# Vanguard is U.S. Bancorp.
# Which is U.S. Bank

Fintel


## Vanguard Group, Inc. - Vanguard U.S. Liquidity Factor ETF ...

VFLQ - Vanguard Group, Inc. - Vanguard U.S. Liquidity Factor ETF Stock - Stock Price, Institutional Ownership, Shareholders (BATS). Overview. Chart. Owners.

Missing: **bank** · Show results with **bank**

✦ AI Overview

Vanguard owns a significant stake in U.S. Bancorp (USB); as of February 2023, Vanguard Group held 119.48 million shares, representing 7.81% of the company, according to a Nasdaq article reporting on Fintel's data. You can find detailed information on Vanguard's U.S. Bancorp holdings and other institutional ownership data by searching for "USB" on the Fintel website.

How to find Vanguard's specific holdings in U.S. Bancorp on Fintel:

1. **Go to Fintel's website:** by searching for "Fintel US Bancorp" or visiting fintel.io/so/us/usb.

2. **Look for "Institutional Ownership and Shareholders":** information on the page for U.S. Bancorp (USB).

4:54

Exh. 17

**Sunday**
3:09 AM   **All Photos**   ...

3:09

☰  ChatGPT 5.2 ›

"Bank of America, U.S. Bank N.A., and Ally Bank operate within a shared federal lending and financial ecosystem, including SBA-guaranteed programs and PPP-related lending, and routinely participate in overlapping markets, financial instruments, and regulatory frameworks. The presiding judge's financial interests in these institutions, individually and collectively, create an appearance of partiality requiring disqualification under 28 U.S.C. § 455(a), and may constitute a disqualifying financial interest under § 455(b)(4)."



*Exh. 18*



**Bank of America is Ally Bank**    Exh. 301.2

MarketBeat
https://www.marketbeat.com

Ally Financial Inc. Grows Holdings in
Bank of America Corporation $BAC

3 days ago — Bank of America makes up about 0.7% of
Ally Financial Inc's holdings, making the stock its 20th
largest position. Ally Financial Inc's ...

Wikipedia
https://en.wikipedia.org/wiki/...

Ally Financial

Ally Financial Inc. (known as GMAC until 2010) is an
American bank holding company incorporated in
Delaware and headquartered at Ally Detroit Center in...

| History | 1919–1990 | 1991–2009 | 2010–2019 |

Ally
https://www.ally.com

Ally: Banking, Investing & Auto Finance

Manage your money with Ally online banking, auto
financing, and investments. Financial products designed
to help you pursue your goals.

Exh. 19



**4:42**

Exh. 20



**iShares**
https://www.ishares.com › us › products › etf-investm... •••

## iShares ETF Investments List | iShares - BlackRock

Find the full list of **iShares** ETFs here. Use these low cost, tax efficient funds to strengthen the core of your portfolio.



**iShares**
https://www.ishares.com › us •••

## iShares® ETFs by BlackRock - Investing Made Easy | iShares - BlackRock

Discover **iShares** by BlackRock, the top ETF provider offering access to stocks, bonds, and more. Start investing and unlock diverse investment opportunities.



**iShares**
https://www.ishares.com › us › products › 333011 › ish... •••

## <u>iShares Bitcoin Trust ETF | IBIT</u>

5 days ago · The **iShares** Bitcoin Trust ETF seeks to reflect generally the performance of the price of bitcoin.The **iShares** Bitcoin Trust ETF is not an investment company registered...



**iShares**
https://www.ishares.com › us › about-us •••

## About us | iShares - BlackRock

**iShares** is one of the world's largest ETF providers. Read more about what we do and how we do it for our investors.



**iShares**
https://www.ishares.com › us › products › 333011 › ish... •••

## iShares Bitcoin Trust ETF | IBIT

5 days ago · The **iShares** Bitcoin Trust ETF seeks to reflect generally the performance of the price of bitcoin.The **iShares**

**4:54**

**Sunday**
2:22 AM

‹   **All Photos**   ...

Ex 6.21

**2:22**

≡   ChatGPT 5.2 ›

source in these documents.

# Plain-English conclusion (picture-based only)

> **The PPP loan shown in the discovery was funded by Bank of America, N.A., a private commercial bank, using its own capital, with an SBA guarantee.**

If you want, I can now:

• Draft a **court-ready paragraph** stating this precisely

• Tie this to **"no federal property / no § 641 jurisdiction"**